# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JORGE ALBERTO HERRERA-LARA,<br><br>　　　　　　　　Defendant. | CASE NO. 11CR5185-L<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Information:
　　　　8USC1326(a) and (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: December 16, 2011

　　　　　　　　　　　　　　　　　　　　_/s/ William McCurine, Jr._
　　　　　　　　　　　　　　　　　　　　WILLIAM McCURINE, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

FILED
DEC 16 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　　DEPUTY